**STATE of Missouri, Respondent,**

v.

**Arleen JONES, Appellant.**

**No. ED 78211.**

Missouri Court of Appeals,
Eastern District,
Division Two.

April 10, 2001.

Rehearing Denied May 24, 2001.

Charles E. Stine, Jr., Hannibal, MO, for appellant.

Jeremiah W. Nixon, Atty. Gen., Stacy L. Anderson, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before AHRENS, P.J., CRANDALL, J., and JAMES R. DOWD, J.

*ORDER*

PER CURIAM.

Arleen Jones ("defendant") was charged by information with delivery of a controlled substance near a school under section 195.214 RSMo (Supp.1999). Defendant appeals the judgment on her conviction, after a jury found her guilty and the trial court sentenced her to twenty-five years in prison.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).